```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 08 B 23205
   LIZA I OLIVA
                                                 CHAPTER 13

                                                 JUDGE: JOHN H SQUIRES

           Debtor
     SSN XXX-XX-2474
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/02/08 .

2. The case was dismissed without confirmation, 11/21/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| US BANK HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| US BANK HOME MTGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| ALLIANCE ONE | UNSECURED | NOT FILED | .00 | .00 |
| BAY AREA CREDIT SRV | UNSECURED | NOT FILED | .00 | .00 |
| AVON PRODUCTS | UNSECURED | NOT FILED | .00 | .00 |
| UNITED MTG & LOAN INVEST | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS TOLLWAY AUTHORI | UNSECURED | NOT FILED | .00 | .00 |
| VYRIDIAN REVENUE MGMT | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN CORADIUS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN FAMILY INSURANC | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| MCS | UNSECURED | NOT FILED | .00 | .00 |
| NCC BUSINESS SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ARGENT HEALTHCARE FIN SE | UNSECURED | NOT FILED | .00 | .00 |
| LAMPHERES FURNITURE | UNSECURED | .00 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| MALCOLM S GERALD | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SALLIE MAE GUARANTEE SER | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF AURORA | UNSECURED | NOT FILED | .00 | .00 |
| FINANCIAL ASSET MGMT | UNSECURED | NOT FILED | .00 | .00 |
| US BANK | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS FINANCIAL GROU | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |

```
INTEREST PAID                      .00        .00          .00          .00          .00
TOTAL PAID                         .00        .00          .00          .00          .00
```

The Debtor's attorney, PRO SE DEBTOR                   , was allowed $         .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 02/11/09                    /S/
                                          GLENN STEARNS
                                          CHAPTER 13 TRUSTEE